AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

SOUENG MOUV

DISTRICT COURT NUMBER

CR08-0245 CW

FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms, and Explosives

☒ person is awaiting trial in another Federal or State Court, give name of court
Alameda County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
North County Jail

Has detainer been filed?  ☐ Yes  ☒ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT      Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:      Before Judge:

Comments:

PENALTY SHEET ATTACHMENT

*UNITED STATES v. SOEUNG MOUV*

### COUNTS ONE, TWO, AND THREE
**Possession with Intent to Distribute Methamphetamine (Count One), Cocaine (Count Two), and MDMA (Count Three)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(C))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 20 Years Imprisonment |
| Fine: | Maximum $1,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 30 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 6-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT FOUR
**Possession with Intent to Distribute Ketamine**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(D))**

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 5 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 2-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 10 Years Imprisonment |
| Fine: | Maximum $500,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FIVE
### Using/Carrying a Firearm During and in Relation to a Drug Trafficking Crime
### (18 U.S.C. § 924(c)(1)(a)(i))

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 5 Years Imprisonment Consecutive |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT SIX
### Felon in Possession of Firearm and Ammunition
### (18 U.S.C. § 922(g)(1))

| | |
|---|---|
| Imprisonment: | 10 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

**CR08-0245 CW**

SOEUNG MOUV,
aka Mouv Soeung,
aka Brian Mouv,
aka Soeurt Mouv,
aka "Goofy,"

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1), (b)(1)(C), (D) – Possession With Intent To Distribute Methamphetamine, Cocaine, MDMA, and Ketamine;
18 U.S.C. § 924(c)(1)(A)(i) – Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime;
18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

---

A true bill.

_____ Foreman
Deputy

Filed in open court this ___16___ day of April, 2008.

_____ Clerk

Bail, $ No bail arrest warrant.

4/16/08

FILED
2008 APR 16 PM 4:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

2008 APR 16 PM 4: 20

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SOEUNG MOUV,<br>  aka Mouv Soeung,<br>  aka Brian Mouv,<br>  aka Soeurt Mouv,<br>  aka "Goofy,"<br><br>    Defendant. | No. CR08-0245<br><br>VIOLATIONS: 21 U.S.C. §§ 841(a)(1), (b)(1)(C), (D) – Possession With Intent To Distribute Methamphetamine, Cocaine, MDMA, and Ketamine; 18 U.S.C. § 924(c)(1)(A)(i) – Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1), (b)(1)(C) – Possession With Intent To Distribute Methamphetamine)

On or about February 26, 2008, in the Northern District of California, defendant,

SOEUNG MOUV,
aka Mouv Soeung,
aka Brian Mouv,
aka Soeurt Mouv,
aka "Goofy,"

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, namely, a mixture and substance containing a detectable amount of

INDICTMENT

1

1  methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and
2  841(b)(1)(C).
3
4  COUNT TWO:    (21 U.S.C. §§ 841(a)(1), (b)(1)(C) – Possession With Intent To Distribute Cocaine)
5
6      On or about February 26, 2008, in the Northern District of California, defendant,

                 SOEUNG MOUV,
                aka Mouv Soeung,
                aka Brian Mouv,
                aka Soeurt Mouv,
                aka "Goofy,"

10 did knowingly and intentionally possess with intent to distribute a Schedule II controlled
11 substance, namely, a mixture and substance containing a detectable amount of cocaine, in
12 violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).
13
14 COUNT THREE:    (21 U.S.C. §§ 841(a)(1), (b)(1)(C) – Possession With Intent To Distribute MDMA)
15
16     On or about February 26, 2008, in the Northern District of California, defendant,

                 SOEUNG MOUV,
                aka Mouv Soeung,
                aka Brian Mouv,
                aka Soeurt Mouv,
                aka "Goofy,"

20 did knowingly and intentionally possess with intent to distribute a Schedule I controlled
21 substance, namely, a mixture and substance containing a detectable amount of 3,4-
22 methylenedioxy-methamphetamine hydrocholoride (MDMA), in violation of Title 21, United
23 States Code, Sections 841(a)(1) and 841(b)(1)(C).
24 ///
25 ///
26 ///
27 ///
28 ///

INDICTMENT

2

COUNT FOUR:        (21 U.S.C. §§ 841(a)(1), (b)(1)(D) – Possession With Intent To Distribute Ketamine)

On or about February 26, 2008, in the Northern District of California, defendant,

                SOEUNG MOUV,
                aka Mouv Soeung,
                aka Brian Mouv,
                aka Soeurt Mouv,
                aka "Goofy,"

did knowingly and intentionally possess with intent to distribute a Schedule III controlled substance, namely, a mixture and substance containing a detectable amount of ketamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

COUNT FIVE:        (18 U.S.C. § 924(c)(1)(A)(i) – Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about February 26, 2008, in the Northern District of California, defendant,

                SOEUNG MOUV,
                aka Mouv Soeung,
                aka Brian Mouv,
                aka Soeurt Mouv,
                aka "Goofy,"

did knowingly and intentionally use and carry, and posses, a firearm, namely, a Colt, Detective Special, .38 caliber revolver with serial number S31716, during and in relation to, and in furtherance of, a drug trafficking crime, namely, possession with intent to distribute a controlled substance as alleged in counts one, two, three, and four of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

///
///
///
///
///
///
///
///

INDICTMENT

3

COUNT SIX:    (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about February 26, 2008, in the Northern District of California, defendant,

SOEUNG MOUV,
aka Mouv Soeung,
aka Brian Mouv,
aka Soeurt Mouv,
aka "Goofy,"

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess, in and affecting interstate commerce, a firearm, namely a Colt, Detective Special, .38 caliber revolver with serial number S31716, and ammunition, namely four rounds of Remington and two rounds of Winchester .38 caliber ammunition.

DATED: April 16, 2008        A TRUE BILL.

                             _____
                   Deputy    FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
                      AUSA GARTH HIRE

INDICTMENT

4