1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612-5217
       Telephone: (510) 637-3929
7      Facsimile: (510) 637-3724
       E-Mail:    Garth.Hire@udoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13 UNITED STATES OF AMERICA,      )   NO. CR08-0245
                                  )
14     Plaintiff,                 )   SEALING APPLICATION AND
                                  )   SEALING ORDER
15     v.                         )
                                  )
16 SOEUNG MOUV,                   )
     aka Mouv Soeung,             )
17   aka Brian Mouv,              )
     aka Soeurt Mouv,             )
18   aka "Goofy,"                 )
                                  )
19     Defendant.                 )
                                  )
20 _____)

21     The United States requests that the Indictment, Penalty Sheet and Arrest Warrant (except

22 that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office

23 and the executing agents) in the above-captioned case filed with the Court on April 16, 2008, be

24 filed under seal until further order of the Court. The reason for this request is to facilitate the

25 ///

26 ///

27 ///

28

SEALING APPLICATION AND ORDER
                              1

gathering of evidence related to offenses committed by the defendant. Revealing the indictment may alert defendant to the existence of a federal investigation into offenses committed by him. If the defendant learned of his indictment he may take steps to obstruct justice by intimidating witnesses and/or destroying evidence or by employing others to do so.

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: April 15, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
GARTH HIRE
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on April 16, 2008, shall be filed under seal until further order of the court (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office and the executing agents).

IT IS SO ORDERED.

DATED: 4-16-08                    _____
                                  HONORABLE WAYNE D. BRAZIL
                                  UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER

2