1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, California 94612
      Telephone: (510) 637-3705
7     Facsimile: (510) 637-3724
      E-Mail:    James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,         )   No. CR-08-0245 CW
                                     )
14       Plaintiff,                  )   PETITION FOR AND WRIT OF HABEAS
                                     )   CORPUS AD PROSEQUENDUM
15       v.                          )
                                     )
16 SOEUNG MOUV,                      )
         aka Mouv Soeung,            )
17       aka Brian Mouv,             )
         aka Soeurt Mouv,            )
18       aka "Goofy,"                )
                                     )
19       Defendant.                  )
                                     )
20

21      TO:    The Honorable Maria-Elena James, United States Magistrate Judge of the United

22             States District Court for the Northern District of California:

23      Assistant United States Attorney James C. Mann respectfully requests that this Court

24 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, SOEUNG MOUV

25 (aka Mouv Soeung, aka Brian Mouv, aka Soeurt Mouv, aka "Goofy") (CDC No. V53458; PFN

26 No. BCM130), whose place of custody and jailor are set forth in the requested Writ,

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-08-0245 CW

1  attached hereto. The prisoner is required as the defendant in the above-entitled matter in this
2  Court, and therefore petitioner prays that this Court issue the Writ as presented.
3
4  Dated: July 23, 2008                    Respectfully submitted,
5                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
6
7
8                                          JAMES C. MANN
                                           Assistant United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SOEUNG MOUV, <br>    aka Mouv Soeung, <br>    aka Brian Mouv, <br>    aka Soeurt Mouv, <br>    aka "Goofy," <br><br> Defendant. | No. CR-08-0245 CW <br><br> [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant SOEUNG MOUV (aka Mouv Soeung, aka Brian Mouv, aka Soeurt Mouv, aka "Goofy") (CDC No. V53458; PFN No. BCM130) before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Thursday, August 14, 2008 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: 7-24-08

HON. MARIA-ELENA JAMES
United States Magistrate Judge

|   |   |
|---|---|
| 1 | THE PRESIDENT OF THE UNITED STATES OF AMERICA |
| 2 | TO:   FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies: |
| 4 | GREETINGS |

WE COMMAND that on Thursday, August 14, 2008 at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of SOEUNG MOUV (aka Mouv Soeung, aka Brian Mouv, aka Soeurt Mouv, aka "Goofy") (CDC No. V53458; PFN No. BCM130), in your custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Wayne D. Brazil, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that SOEUNG MOUV may then appear for his initial appearance upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Maria-Elena James, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: 7-24-08, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____ BRENDA TOLBERT
            DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR-08-0245 CW